**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:24-cv-23824-PCH

NIGEL FRANK DE LA TORRE PARDO,

Plaintiff,

v.

AMERICAS 2122, LLC.,

Defendant.

_________________________________/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, NIGEL FRANK DE LA TORRE PARDO, and Defendant, AMERICAS 2122, LLC., hereby advise the Court that the parties have reached an agreement to settle the instant case. The Parties will file a Stipulation dismissing this Action with prejudice no later than thirty (30) days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines in this case.

Respectfully submitted this December 19, 2024.

*By: /s/ Ramon J. Diego*
RAMON J. DIEGO
Florida Bar No. 689203
**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
5001 SW 74th Court, Suite 103
Miami, FL 33155
Telephone: (305) 350-3103
Email: ramon@rjdiegolaw.com
*Counsel for Plaintiff*

*/s/ Andrew G. Simon*_____
ANDREW G. SIMON
Florida Bar No. 1002623
**COLE, SCOTT & KISSANE, P.A.**
9150 South Dadeland Boulevard, Suite 1400
P.O. Box 569015
Miami, Florida 33256
Telephone: (786) 268-6752
Email: Andrew.simon@csklegal.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this December 19, 2024.

Respectfully submitted,

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: rdiego@lawgmp.com
Secondary E-Mail: ramon@rjdiegolaw.com

By: _*/s/_Ramon J. Diego*______
RAMON J. DIEGO