**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:24-CV-23824-PCH**

**NIGEL FRANK DE LA TORRE PARDO,**

Plaintiff,

**v.**

**AMERICAS 2122, LLC.,**

Defendant.
___________________________________/

**CLOSED CIVIL CASE**

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice [ECF No. 23], filed on January 7, 2025. Accordingly, having reviewed the record and being otherwise duly advised, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**, with each side to bear its own fees and costs. All pending motions are denied as moot, and the case is **CLOSED**.

**DONE AND ORDERED** in Miami, Florida, on January 8, 2025.

Paul C. Huck
United States District Judge

CC: All Counsel of Record